USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
MAHMOUD SELIM,

                Plaintiff,                             19 **CIVIL** 1070 (OTW)

-v-                                            **JUDGMENT**

COMMISIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          December 10, 2019

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                                  **BY:**
                                                      Deputy Clerk

                                                 THIS DOCUMENT WAS ENTERED
                                                 ON THE DOCKET ON 12/10/2019